**No. 60862.**—The Glidden Company *v.* United States, protest 287296–K (Philadelphia).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of metal drums similar in all material respects to those the subject of *Norman G. Jensen, Inc.* v. *United States* (32 Cust. Ct. 176, C. D. 1600), the claim of the plaintiff was sustained.